NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2022-1972, 2022-1973, 2022-1975, 2022-1976

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01713, IPR2020-01716, IPR2020-01733, and IPR2020-01737.

**ON MOTION**

**O R D E R**

Upon consideration of Apple Inc.'s unopposed motion for a 14-day extension of time, until February 6, 2023, to file its response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>January 24, 2023</u>       <u>/s/ Peter R. Marksteiner</u>
      Date             Peter R. Marksteiner
                         Clerk of Court