NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

---

2022-1972, 2022-1973, 2022-1975, 2022-1976

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01713, IPR2020-01716, IPR2020-01733, and IPR2020-01737.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Masimo Corporation's unopposed motion for a 21-day extension of time, until May 4, 2023, to file the reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>April 7, 2023</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court