# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2022-1972, 2022-1973, 2022-1975, 2022-1976

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01713, IPR2020-01716, IPR2020-01733, IPR2020-01737.

**MANDATE**

In accordance with the judgment of this Court, entered September 12, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 19, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court